# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ELIAYAH BENNETT,<br>    Defendant. | )<br>)<br>)<br>)<br>) No.: 1:20-CR-481<br>)<br>)<br>)<br>)<br>)<br>) |

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

Please substitute in and enter Bruce S. Harvey as lead counsel for the Defendant, Eliayah Bennett, as opposed to Lynsey Morris Barron, in the above-captioned matter.

This 14th day of December 2020.

                                          Respectfully submitted,

                                          /s/ Bruce S. Harvey
                                          LAW OFFICE OF BRUCE S. HARVEY
                                          ATTORNEY FOR DEFENDANT
                                          Bruce S. Harvey, #335175
                                          bruce@bharveylawfirm.com
                                          146 Nassau Street, NW
                                          Atlanta, Georgia 30303
                                          (404) 659-4628

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Substitution of Counsel and Entry of Appearance using the Court's CM/ECF system which will deliver a copy to all registered to receive service via CM/ECF, addressed as follows:

>Scott McAfee
>Office of the United States Attorney-ATL600
>600 United States Courthouse
>75 Ted Turner Dr., S.W.
>Atlanta, GA 30303
>404-581-600
>
>Lynsey Morris Barron
>Miller & Martin PLLC
>1180 W. Peachtree St. N.W. Ste. 2100
>Atlanta, GA 30309
>Lynsey.Barron@millermartin.com

This 14th day of December 2020.

>/s/ Bruce S. Harvey
>LAW OFFICE OF BRUCE S. HARVEY
>ATTORNEY FOR DEFENDANT
>Bruce S. Harvey, #335175
>bruce@bharveylawfirm.com
>146 Nassau Street, NW
>Atlanta, Georgia 30303
>(404) 659-4628