UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.        ) | CASE NO. 1:20-CR-00481-SCJ-RDC |
| ) | |
| ELIAYAH BENNETT, et. al.   ) | |
|   Defendant.    ) | |

### CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW the Defendant above-named, by and through undersigned counsel; and, respectfully requests that this Court enter an Order modifying the conditions on his release as follows:

1. An Order Setting Conditions Of Release [Doc 30] was originally entered in this matter on December 14, 2020.

2. As a condition of her release, the Defendant is ordered to follow item 8 (j) to "avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to:_____"

3. On December 12, 2023, Defendant Bennett is scheduled to undergo a medical procedure under Dr. Manik S. Bedi, MD, where she must arrive at the facility on December 11 and stay at the facility in Tampa, Florida for a minimum of 14 days. Please refer to the letter from Dr. Bedi's Office, Tampa Surgical Arts, attached to this Motion as an Exhibit.

4. Defendant is to be taken to Tampa by her father, Co-Defendant Eldridge Maurice Bennett.

5. The Defendant brings this motion requesting that the Court enter an Order modifying her release order to allow her to have contact with her father.

6. Defendant Eliayah Bennett agrees not to discuss the case with Co-Defendant Eldridge Maurice Bennett

7. Counsel for the Government consents to this motion.

WHEREFORE, based upon the foregoing, the Defendant respectfully requests that the Court grant her motion and modify the conditions of her release as requested.

This 5 day of December 2023.

Respectfully submitted,

/S/ Bruce Harvey
LAW OFFICES OF BRUCE S. HARVEY
ATTORNEYS FOR DEFENDANT
Bruce S. Harvey, #335175
bruce@bharveylawfirm.com
Jamie Roberts, #608590
jamie@bharveylawfirm.com

146 Nassau St.NW
Atlanta, GA 30303
(404) 659-4628 office
(404) 681-3953 fax