# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.  ) | **CASE NO. 1:20-CR-00481-SCJ-RDC** |
| ) | |
| **ELIAYAH BENNETT, et. al.** ) | |
|     **Defendant.** ) | |

## ORDER

The Defendant having filed a Consent Motion to Modify Conditions of Release and same having been considered;

**IT IS HEREBY ORDERED** that the Defendant's consent motion is **GRANTED** and the Defendant's current conditions of her Order Setting Conditions Of Release is modified by allowing her to have contact with Co-Defendant Eldridge Maurice Bennett, and that Defendant Eliayah Bennett is not to discuss the case with him.

**SO ORDERED**, this  7th  day of          December          , 2023.


   s/Steve C. Jones_____
           Judge Steve C. Jones, USDC NDGa